UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—
GENERAL

| Case No. | 5:25-cv-03395-SSS-BFM | Date | January 6, 2026 |
|---|---|---|---|
| Title | *Jose Gonzalez Giron et al. v. Kristi Noem et al.* | | |

Present: The Honorable    SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE

| Irene Vazquez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:    (IN CHAMBERS) ORDER DISCHARGING ORDER TO SHOW CAUSE AGAINST RESPONDENTS AND ORDERING PETITIONERS TO SHOW CAUSE AS TO MOOTNESS [DKT. NO. 15]**

On December 19, 2025, the Court granted Petitioners' ex parte Application for a Temporary Restraining Order ("TRO"). [Dkt. No. 13]. In doing so, the Court ordered Respondents to show cause as to why a preliminary injunction should not issue.

Respondents submitted their response on December 29, 2025, indicating each of the Petitioners received an individualized bond hearing. [Dkt. No. 15, "Response"]. To date, Petitioners did not submit an Opposition or Reply to Respondents' Response.

Upon reviewing the Response, the Court hereby **DISCHARGES** the Order to Show Cause, **VACATES** the hearing on the Order to Show Cause, and finds the preliminary injunction **MOOT**. [Dkt. No. 15].

Moreover, because Petitioners have received individualized bond hearings as requested in their habeas petition, the Court **ORDERS** Petitioners **TO SHOW CAUSE** as to why the entire case should not be dismissed as moot. Petitioners

shall file any response by **Wednesday**, **January 14, 2026**, and Respondents shall file any reply by noon on **Friday January 16, 2026**.

   **IT IS SO ORDERED**.